

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

BLANCA MARTINEZ,

§     No. 08-19-00267-CR

Appellant,

§     Appeal from the

v.

§     County Court at Law Number Two

THE STATE OF TEXAS,

§     of El Paso County, Texas

Appellee.

§     (TC# 20190C03395)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MARCH, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.